# IN THE SUPREME COURT OF THE STATE OF NEVADA

FARMERS AGAINST CURTAILMENT ORDER, LLC,

Appellant,

vs.

JASON KING, P.E., NEVADA STATE ENGINEER; AND THE STATE OF NEVADA DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, DIVISION OF WATER RESOURCES,

Respondents.

No. 69869

**FILED**

APR 26 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Matt Rinlin_

cc:  Hon. Leon Aberasturi, District Judge
Taggart & Taggart, Ltd.
Attorney General/Carson City
Third District Court Clerk

16-13032